In the Matter of HERMAN TURKEL, an Attorney, Respondent.

First Department, November 19, 1937.

*F. Campbell Jeffery* of counsel [*Einar Chrystie*, attorney], for the petitioner.

*Philip C. Samuels*, for the respondent.

PER CURIAM. The respondent having collected on behalf of a client the sum of $550 on March 2, 1929, concealed the fact of such collection and converted the money to his own use. When his

client learned of the collection on or about May 27, 1929, he demanded payment. The respondent forwarded his check for the amount, but the check was not paid when presented. Respondent subsequently paid $300 on account. He later induced his client to indorse his note for $1,000 upon the representation that out of the proceeds thereof he would pay the balance of $250 then due and that he would also pay said note at maturity. The respondent did neither, with the result that his client was compelled to pay approximately $600 on account of said note.

The respondent should be disbarred.

Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.